# United States Court of Appeals
## For the First Circuit

No. 21-1935

UNITED STATES,

Appellee,

v.

DANIEL E. CARPENTER,

Defendant - Appellant.

**MANDATE**

Entered: June 23, 2022

    In accordance with the judgment of June 1, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Alexandra W. Amrhein
Daniel E. Carpenter
Kelly Begg Lawrence
Donald Campbell Lockhart
Mary Beth Murrane
Mark T. Quinlivan