# United States Court of Appeals
## For the First Circuit

No. 21-1935

UNITED STATES,

Appellee,

v.

DANIEL E. CARPENTER,

Defendant - Appellant.

Before

Thompson, Howard and Gelpí,
Circuit Judges.

**JUDGMENT**

Entered:  June 1, 2022

    Appellant Daniel Carpenter appeals from the district court's denial of his "Petition for Writ of Audita Querela to Set Aside Petitioner's Conviction," through which he pursued a mélange of claims, many of which already had been rejected by the district court and this court and seemingly all of which could have been presented in at least some form during previous proceedings. Writs such as the writ of audita querela and the writ of coram nobis, when available at all, do not provide opportunities to pursue claims that could have been pursued previously, much less do such writs allow for the pursuit of claims already rejected by the courts. See United States v. Castro-Tavares, 841 F.3d 34, 39 (1st Cir. 2016) (describing demanding requirements for coram nobis relief); United States v. Holder, 936 F.2d 1, 5 (1st Cir. 1991) (per curiam) (same re audita querela); see also Trenkler v. United States, 536 F.3d 85, 96-99 (1st Cir. 2008) (discussing very limited circumstances under which the habeas regime embodied in 28 U.S.C. § 2255 might be deemed inadequate or ineffective); cf. Greenlaw v. United States, 554 U.S. 237, 248-49 (2008) (discussing limited reach of 28 U.S.C. § 2106).

    The court has considered carefully each of the arguments set out in Carpenter's opening brief and his tendered reply brief. The government's motion for summary disposition is **GRANTED**, and the ruling of the district court is **AFFIRMED**. See Local Rule 27.0(c). This matter has been fully adjudicated over the course of many district court, appellate, mandamus,

habeas, and miscellaneous proceedings. Further attempts to repackage claims already rejected by the district court and this court will not succeed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Mary Beth Murrane
Mark T. Quinlivan
Kelly Begg Lawrence
Donald Campbell Lockhart
Alexandra W. Amrhein
Daniel E. Carpenter